**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re: | Bankruptcy No. 24-14431-pmm |
| Justin Freed,<br>　　　Debtor. | Chapter 13 |

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Chapter 13 Plan of debtor filed by U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF2 Acquisition Trust [at Docket Entry No. 9] filed December 27, 2024.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Robertson, Anschutz, Schneid, Crane
　　　　　　　　　　　　　　　　　　& Partners, PLLC
　　　　　　　　　　　　　　　　　　Attorneys for Secured Creditor
　　　　　　　　　　　　　　　　　　6409 Congress Ave., Suite 100
　　　　　　　　　　　　　　　　　　Boca Raton, FL 33487
　　　　　　　　　　　　　　　　　　Telephone: (470) 321-7112
　　　　　　　　　　　　　　　　　　Facsimile: (561) 997-6909

　　　　　　　　　　　　　　　　　　By: /s/Sherri R. Dicks
　　　　　　　　　　　　　　　　　　Sherri R. Dicks, Esquire
　　　　　　　　　　　　　　　　　　Pennsylvania Bar Number 90600
　　　　　　　　　　　　　　　　　　Email: sdicks@raslg.com